Honorable John C. Coughenour

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8
9

| | |
|---|---|
| CHERI SHEPARD,<br><br>   Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of the Social Security Administration,<br><br>   Defendant. | Case No. 09-cv-1403-JCC<br><br>ORDER DISMISSING CASE |

10
11
12
13
14
15
16
17

18   The Court, after careful consideration of the Plaintiff's complaint, the parties' briefs, all

19 papers and exhibits filed in support and opposition thereto, the Report and Recommendation of

20 the Honorable James P. Donohue, and the balance of the record, does hereby find and ORDER:

21   (1)  The Court adopts the Report and Recommendation. (Dkt. No. 17.)

22   (2)  The final decision of the Commissioner is AFFIRMED and this case is

23 dismissed with prejudice.

24 ///

25 ///

26 ///

ORDER DISMISSING CASE
PAGE - 1

1          (3)      The Clerk of the Court is directed to send copies of this Order to the parties and

2    to Judge Donohue.

3          DATED this 14th day of July, 2010.

4

5

6

7                                                     _____

8                                                     JOHN C. COUGHENOUR
                                                      United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER DISMISSING CASE
PAGE - 2